ROBERT FLAHERTY, Appellant, *v.* JOHN W. MURRAY, Defendant, and TITLE GUARANTEE AND TRUST COMPANY, Respondent.

*Flaherty* v. *Murray*, 60 App. Div. 92, appeal dismissed.
(Argued November 10, 1902; decided November 18, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial

department, entered April 22, 1901, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

The motion was made upon the grounds that the decision of the Appellate Division was unanimous and leave to appeal therefrom had not been granted.

*Harold Swain* for motion.

*A. S. Gilbert* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.